# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ANGELICA MARIA DIAZ RIVERO,  )
)
    Petitioner,  )
)
v.  )  Case No. CIV-26-160-SLP
)
FEDERAL BUREAU OF PRISONS, et al.,  )
)
    Respondents.  )

## **O R D E R**

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Suzanne Mitchell entered March 9, 2026. [Doc. No. 5]. In the R&R, the Magistrate Judge recommends dismissal of this action without prejudice because of Petitioner Angelica Maria Diaz Rivero's failure to comply with the Magistrate Judge's Order [Doc. No. 4] to pay the initial filing fee and clarify whether Petitioner seeks "next friend" status to file on behalf of detainee Ritzabeth Milagros Penda Alvarado. *See* R&R [Doc. No. 5] at 1–3. Petitioner Rivero failed to comply with the Magistrate Judge's Order by the required date nor requested an extension of time to do so.

The Magistrate Judge advised Petitioner of her right to object to the R&R and directed any objections be filed on or before March 30, 2026. *Id.* at 3. Petitioner was further advised that any failure to object would waive Petitioner's right to appellate review of the factual and legal issues addressed in the R&R. *Id.*

A copy of the Magistrate Judge's R&R was mailed to both the address provided by Petitioner Rivero in the Petition [Doc. No. 1] and to the detention facility where Ritzabeth Milagros Pineda Alvarado was located.  The copy of the R&R mailed to the address provided by Petitioner Rivero was returned as undeliverable as an insufficient address.  *See generally* [Doc. No. 6].  The Magistrate Judge's Order [Doc. No. 4] and prior documents sent to Petitioner's provided address have not been returned as undeliverable.  Because the Report and Recommendation was sent to the last known address of Petitioner Rivero and to Ritzabeth Milagros Pineda Alvarado's detention facility, the Court deems the Report and Recommendation as "delivered" under the Court's local rules.  *See* LCvR 5.4; *see also* Fed. R. Civ. P. 11(a)  ("Every pleading . . . must be signed . . . by a party personally if the party is unrepresented.  The paper must state the signer's **address** . . . .") (emphasis added).[1]

Petitioner has neither filed an objection nor sought an extension of time in which to do so.  Therefore, the Court finds that Petitioner has waived further review of all issues addressed in the R&R.  *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).  Upon review, the Court fully concurs with the analysis set forth in the R&R.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 5] is ADOPTED in its entirety and this action is DISMISSED WITHOUT PREJUDICE.  A separate judgment of dismissal shall be entered contemporaneously with this Order.

---

[1] Despite Petitioner's representations as to her address in the Petition, the Court notes that the Petition was mailed from a similar address located in Irving, Texas.  *See* Envelope [Doc. No. 1-11].  Out of an abundance of caution, the Court directs the Clerk of the Court to mail this Order and corresponding Judgment to the listed addresses of the Petitioner(s) and to Angelica Maria Diaz Rivero at 213 Edith St., Irving, TX 75061.

IT IS SO ORDERED this 28th day of April, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE

3