## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ANGELICA MARIA DIAZ )
RIVERO, )
  )
    Petitioner, )
  )
v. )    Case No. CIV-26-160-SLP
  )
FEDERAL BUREAU OF PRISONS, )
et al., )
  )
    Respondents. )

## JUDGMENT OF DISMISSAL

In accordance with the Order entered this 28th day of April, 2026, this action is

DISMISSED without prejudice.

ENTERED this 28th day of April, 2026.

_____

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**